

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00036-CR

Efrain Leonel **HERNANDEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2016-CRN-000241-D4
Honorable Oscar J. Hale, Jr., Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED July 31, 2019.

Liza A. Rodriguez, Justice